## PLANO POLICE DEPARTMENT

### SERVICE ASSISTANCE INFORMATION

Incident #: 24 - 250998

Officer: A. ARREDONDO 1605

Officer Phone #: _____

Refer to the above incident number and officer if you contact the police for further information or assistance on this report.

To obtain verification of this incident, contact the Plano Police Department:

| | |
|---|---|
| 909 14th Street | 7501A Independence Pkwy |
| Plano, TX 75074 | Plano, TX 75025 |
| 972-941-2019 | 972-208-8077 |
| Monday-Friday, 7:00 a.m.-7:00 p.m. | Monday-Friday, 8:00 a.m.-5:00 p.m. |
| Sat 8:00 a.m.- 5:00 p.m. | Closed Saturday/Sunday |

**Crash Report:** TXDOT allows 10 days for a crash report to be made available and has mandated a fee of $6. To purchase a copy, you will need basic information related to the crash and your involvement in the crash. Crash reports may be purchased online at https://policereports.plano.gov. Requests submitted by mail must include a self-addressed stamped envelope along with a check or money order (do not send cash) for $6 made payable to the City of Plano. Mailing address is:

Plano Police Dept., P.O. Box 860358, Plano, TX 75086-0358.

For incidents other than crashes, a Public Information report may be available. Please contact one of the locations listed above. Requests for information that fall under the Texas Open Government Act may be made electronically through the City of Plano Public Records Center at Plano.gov/765/Open-Records-Act. No specific information pertaining to a report can be given verbally. For additional assistance, please call 972-941-2019, option 4.

**Our Mission**
*To provide outstanding police services, in partnership with the community, to maintain a safe environment that contributes to the quality of life.*

Pd digital @ PLANO. Gov

REV. 08/19

Exhibit 1

pg 1of1