

Exhibit 3

pg 1 of 1