Exhibit 4                    pg 1of1