**Kaci, 1 more**

> Confirming my visit for tomorrow with Yuri and Yohannes at 1pm

**Kaci Koslan**
> Liked "Confirming my visit for tomorrow with Yuri and Yoh…"

**Kaci Koslan**
> Yuri will more than likely not be at the visit, just Yohannes.

> So what's the deal with Yuri I'm guessing he'll be locked up for a long time and injected with all types of drugs so he can't tell about anymore abuse … I'd like to speak with whatever facility y'all have him incarcerated at …

**Kaci Koslan**
> No. Once again he isn't on medications. We are hoping he is discharged soon but the facility has not given us a date. We are not in agreement for you being in contact with this current hospital.

> I'm sure y'all aren't in agreement so y'all can torment my child legally and keep y'all dirty secrets safe

Exhibit 6                                    pg 1 of 1