8:58

← **Kaci, 1 more** ⋮

Jennifer Castleman My CPS Attorney

Let us know about the medication-what it's for, dosage. I know we can ask for a hearing if we need to.

Kaci Koslan

You keep saying your rights are violated but you never want to provide documentation. Send the documentation to your attorney and she can forward it to all of us. He hasn't gotten any shots either.

Will do Jennifer!

Jennifer Castleman My CPS Attorney

She doesn't need documentation. She just needs to object. I know everyone is trying to help Yuri, but, Ms. Springs just has to say she doesn't agree at this point. Just like vaccines, eating certain foods, even a haircut.

Jennifer Castleman My CPS Attorney

We appreciate you Kaci. We just need to get some information to help Yuri, but, also make sure Ms. Springs can weigh in to help him too.

Send message

Exhibit 9                    1 of 2

8:58    LTE

← **Kaci, 1 more**    ⋮

aware of the plan so that she can discuss it with him-actions/ consequences. If everyone is in the same page, it helps him be his best self.

Kaci Koslan

**K**  I have requested a copy from the agency case manager and am waiting on a response. I will share details when I hear back!

Jennifer Castleman My CPS Attorney

**J**  Thank you. We just want to support these littles, and I want mom to know what the expectations will be.

Kaci Koslan

**K**  Loved "Thank you. We just want to support these littles,…"

I do not support my son being on medication or getting shots it is against my religion and have signed documentation from the Attorney general's office but continue on with violating me and my families religious and civil rights.

Jennifer Castleman My CPS Attorney

⊝    Send message    ➤

Exhibit 9                    pg 2 of 2