← **Kaci, 1 more** ⋮

My kids have never had shots and I made this very clear from day 1

11/6/2024, 2:19 PM

Confirming my visit tomorrow at 1pm with Yuri & Yohannes

Kaci Koslan

K Thank you

Kaci Koslan

K Just received the information:

Clonidine 0.1mg take 1/2 to 1 tablet at bedtime

RisperiDONE 0.25mg take one tablet by mouth daily.

I'm not in agreement with any of this but thanks for the update

11/7/2024, 7:39 AM

Send message ➤

Exhibit 10                    pg 1 of 1