

# Request for Records

Hi, my name is Traci Springs. I'm reaching out to you today to request all court hearing transcripts & audio from 03-16-2024 - 02-18-2025. Can you tell me the fastest way to retrieve these records I have court on 2/25/2025 at 9:00am. Can you tell me the costs associated with this request and can I email you a copy of the Statement of Inability to Afford Court Costs? If not should I come in person to file and pick up at the district clerks office? If you have any questions feel free to contact me at (254)498-8444. Thanks in advance and have a great day.

Exhibit 15                    pg 1 of 2



**Robin Benton** → To: Traci Springs — Thursday

Good afternoon, Ms. Springs,

There is no audio available. I have been asked by the District Attorney to prepare named dates of proceedings had by certain witnesses in the Springs-Davis matter. I can get those portions to you before 9-25-25. Due to my case load at this time, those are the only portions I am able to provide by Tuesday on such short notice. Once I have those portions prepared, I will email those to you.
Have a great day!

Robin Benton
Official Court Reporter 468th District Court

Exhibit 15    pg 2 of 2